KNIGHT LAW GROUP, LLP
Steve Mikhov (SBN: 224676)
Russell Higgins (SBN: 226124)
Deepak Devabose (SBN: 298890)
1801 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 552-2250
Fax: (310) 552-7973

Attorneys for Plaintiff
NELSON AVELAR


BOWMAN AND BROOKE LLP
Brian Takahashi (SBN: 146505)
Richard L. Stuhlbarg (SBN: 180631)
Stephen J. Kelley (SBN: 163812)
Karyn L. Ihara (SBN: 298950)
970 West 190th Street, Suite 700
Torrance, California 90502
Tel No:   310/ 768-3068
Fax No:   310/ 719-1019
E-mail: brian.takahashi@bowmanandbrooke.com
E-mail: richard.stuhlbarg@bowmanandbrooke.com
E-mail: stephen.kelley@bowmanandbrooke.com
E-mail: karyn.ihara@bowmanandbrooke.com

Attorneys for Defendant
BMW OF NORTH AMERICA, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NELSON AVELAR,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company, FINCHEY CORPORATION OF CALIFORNIA, a California Corporation dba PACIFIC BMW, and DOES 1 through 10,<br><br>　　　　　Defendants. | CASE NO.: 2:17-cv-04693 JAK (JPR)<br><br>**(Removed from Los Angeles County Superior Court Case No. BC658216)**<br><br>**JOINT REPORT REGARDING STATUS OF SETTLEMENT**<br><br>Trial:　　　None |

TO THE HONORABLE COURT:

Plaintiff Nelson Avelar and Defendant BMW of North America, LLC ("BMW NA") respectfully submit the following Joint Report Regarding Status of Settlement Pursuant to the Court's June 22, 2018 Order:

On July 30, 2018, this matter was mediated before Mediator Ron Akasaka of SMART ADR.

Attorney Richard Stuhlbarg and Tom Penich, a representative of BMW of North America, LLC, personally attended the mediation on behalf of Defendant BMW of North America, LLC.

Attorney Chris Swanson personally attended the mediation on behalf of Plaintiff Nelson Avelar.

Plaintiff Nelson Avelar did not attend the mediation and was not available by phone.

After mediating this matter, the parties were unable to reach settlement. Settlement discussions are not ongoing and a further mediation session is not anticipated.

DATED: August 8, 2018         BOWMAN AND BROOKE LLP

                              BY: */s/Karyn L. Ihara*
                              Brian Takahashi
                              Richard L. Stuhlbarg
                              Stephen J. Kelley
                              Karyn L. Ihara
                              Attorneys for Defendant
                              BMW OF NORTH AMERICA, LLC

DATED: August 8, 2018         KNIGHT LAW GROUP, LLP

                              BY: */s/Deepak Devabose*
                              Steve Mikhov
                              Russell Higgins
                              Deepak Devabose
                              Attorneys for Plaintiff
                              NELSON AVELER

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2018, I filed the foregoing document entitled **JOINT REPORT REGARDING STATUS OF SETTLEMENT** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

　　　　　　　　　　　　　　　　　　　　　　/s/Karyn L. Ihara