**KNIGHT LAW GROUP, LLP**
Steve B. Mikhov (SBN 224676)
Amy Morse (SBN 290502)
10250 Constellation Blvd., Suite 2500
Los Angeles, California 90067
Telephone: (310) 552-2250
Facsimile: (310) 552-7973

**LAW OFFICES OF MICHAEL H. ROSENSTEIN, LC**
Michael H. Rosenstein (SBN 169091)
Brian T. Shippen-Murray (SBN 288188)
10250 Constellation Blvd., Suite 2500
Los Angeles, California 90067
Telephone: (310) 286-0275
Facsimile: (310) 286-0274
Attorneys for Plaintiff,
NELSON AVELAR

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NELSON AVELAR,<br><br>Plaintiff,<br><br>vs.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company,<br><br>Defendant. | Case No.: 2:17-cv-04693-JAK-JPR<br>Judge: Hon. John A. Kronstadt<br><br>**PLAINTIFF'S NOTICE REGARDING JUDICIAL CONFLICT**<br><br>Trial: VACATED |

Plaintiff Nelson Avelar ("Plaintiff") respectfully submits the following Notice Regarding Judicial Conflict pursuant to 28 U.S.C. § 455(a).

---

PLAINTIFF'S NOTICE REGARDING JUDICIAL CONFLICT

On September 17, 2018, the parties, through their counsel, attended the final pretrial conference.  At this hearing, Plaintiff first became aware that the Honorable Judge John A. Kronstadt had a relationship with the owners of Pacific BMW and has purchased and serviced vehicles at that dealership.  Also, Judge Kronstadt has had interactions with personnel at Pacific BMW in connection with purchasing and servicing vehicles at that dealership.

Although, Pacific BMW is not a party to this action, Plaintiff's 2011 BMW 328i (the "Subject Vehicle") was leased from Pacific BMW.  On several occasions, Plaintiff presented the Subject Vehicle to Pacific BMW for warranty repairs.  Many of the facts giving rise to Plaintiff's cause of action for breach of warranty under the Song-Beverly Consumer Warranty Act, California Civil Code § 1790 et seq. (the "Song-Beverly Act") occurred at Pacific BMW and/or involved personnel from Pacific BMW.  Several personnel from Pacific BMW are expected to testify at trial.

Based on the forgoing, Plaintiff respectfully requests that the Honorable Judge John A. Kronstadt be disqualified from this matter pursuant to 28 U.S.C. § 455(a). Plaintiff respectfully requests this case be randomly assigned to a different judge.

DATED: September 25, 2018

**LAW OFFICES OF MICHAEL H. ROSENSTEIN, LC**

By:  /s/ Brian T. Shippen-Murray
    Michael H. Rosenstein
    Brian T. Shippen-Murray
    Attorneys for Plaintiff
    NELSON AVELAR

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2018, I filed the foregoing document entitled **PLAINTIFF'S NOTICE REGARDING JUDICIAL CONFLICT** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

/s/ Brian T. Shippen-Murray
Brian T. Shippen-Murray