UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-4693-PJW | Date | October 21, 2019 |
|---|---|---|---|
| Title | *Nelson Avelar v. BMW of North America, LLC, et al.* | | |

| Present: The Honorable | Patrick J. Walsh, U.S. Magistrate Judge |
|---|---|

| Isabel Martinez | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**   Order Denying Defendant's Motion in Limine To Require Plaintiff to Provide Evidence of Violations of the Song-Beverly Act

     Defendant's motion in limine to require Plaintiff to provide evidence of violations of the Song-Beverly Act during the lease period is denied. Plaintiff has set out in his opposition to the motion that there were five instances during the lease period when he experienced problems with his car. (Opposition at 3.) Presumably, the parties have explored this issue in discovery. A motion in limine is not the proper vehicle for raising this issue. Judge Kronstadt's September 17, 2018, order does not require a different result. Defendant may renew its motion at the close of Plaintiff's case.

     _____ : _____

Initials of Preparer   im