# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NELSON AVELAR,<br><br>Plaintiff,<br><br>vs.<br><br>**BMW OF NORTH AMERICA, LLC, a Delaware limited liability company, and DOES 1 through 10, inclusive,**<br><br>Defendants. | Case No.: 2:17-cv-04693-PJW<br><br>**ORDER ON STIPULATION REGARDING ATTORNEY'S FEES, COSTS AND EXPENSES OF PLAINTIFF'S COUNSEL, LAW OFFICES OF MICHAEL H. ROSENSTEIN, LC**<br><br>Assigned to: Honorable Patrick J. Walsh |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff's counsel LAW OFFICES OF MICHAEL H. ROSENSTEIN, LC ("LOMR") and Defendant BMW OF NORTH AMERICA, LLC ("BMW NA") have entered into a stipulation for entry of an Order by the Court regarding LOMR's attorney's fees, costs and expenses.

**LOMR AND BMW NA HAVE STIPULATED TO THE ENTRY OF AN ORDER AS FOLLOWS:**

(1) That BMW NA shall pay the sum of fifteen thousand dollars ($15,000) via a single check payable to "Law Offices of Michael H. Rosenstein, LC" and LOMR hereby agrees to accept said payment in full satisfaction of all claims for attorney's fees, costs and expenses by LOMR in connection with this action.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 7, 2020

PATRICK J. WALSH
United States Magistrate Judge