## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| **NELSON AVELAR,**<br><br>        Plaintiff,<br><br>      vs.<br><br>**BMW OF NORTH AMERICA, LLC, a Delaware limited liability company, and DOES 1 through 10, inclusive,**<br><br>        Defendants. | Case No.: 2:17-cv-04693-PJW<br><br>**ORDER ON STIPULATION REGARDING ATTORNEY'S FEES, COSTS AND EXPENSES OF PLAINTIFF'S COUNSEL, KNIGHT LAW GROUP, LLP AND WIRTZ LAW APC**<br><br>Assigned to: Honorable Patrick J. Walsh |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff's counsel KNIGHT LAW GROUP, LLP and WIRTZ LAW APC and Defendant BMW OF NORTH AMERICA, LLC ("BMW NA") have entered into a stipulation for entry of an Order by the Court regarding the Attorney's Fees, Costs and Expenses incurred by Knight Law Group and Wirtz Law.

**THE PARTIES HAVE STIPULATED TO THE ENTRY OF AN ORDER AS FOLLOWS:**

(1) That BMW NA shall pay the sum of seventy thousand dollars ($70,000) via a single check payable to the Knight Law Client Trust Account and Knight Law Group hereby agrees to accept said payment in full satisfaction of all claims for attorney's fees, costs and expenses by Knight Law and Wirtz Law in connection with this action.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 21, 2020

*/s/ Patrick J. Walsh*

PATRICK J. WALSH
United States Magistrate Judge